Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Florangel Jovellanos

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| FLORANGEL JOVELLANOS, | Case No.: 2:18-cv-01067-WBS-GGH |
| Plaintiff, | |
| vs. | **ORDER** |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

Pursuant to the stipulation of the Parties, Equifax, Inc., is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE